# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

JULIAN MIGUEL GODINEZ MEDINA,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General of the United States, *et al.*,

Respondents.

Case No. 26-cv-4257-BAS

**ORDER DENYING PETITION AS MOOT**

Presently before the Court are a Petition and Application for Writ of Habeas Corpus Ad Prosequendum.  (ECF Nos. 1–2.)  The Petition alleges Petitioner was arrested on July 23 at approximately 3:40 p.m., and has not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5.  Petitioner seeks a writ of habeas corpus ad prosequendum directing Respondents to immediately present Petitioner to a magistrate judge for arraignment. Petitioner has not been arraigned before a magistrate judge and not previously presented due to a medical condition which prevented him from appearing in Court.

Accordingly, the Court **DENIES** the Petition and Application as moot.  In the event the Petitioner is not arraigned once medically released, Petitioner may renew the Petition and Application.  Further, the Clerk of Court shall serve this Order on the U.S. Attorney's Office and close the case.

**IT IS SO ORDERED.**

**DATED: July 27, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**